IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

**v.**　　　　　　　　　　　　　　　　　　**No. CV 16-0240 JB/LAM**
　　　　　　　　　　　　　　　　　　　　　　**CR 07-0788 JB**

**PHILLIP ANGEL GARCIA,**

    **Defendant/Movant.**

## ORDER TO SUBMIT PRESENTENCE REPORT

**THIS MATTER** is before the Court *sua sponte*. In support of his § 2255 Motion, Defendant relies, in part, on his Presentence Report. *See, e.g.,* [*Doc. 1* at 3] (citing several paragraphs of the Presentence Report). However, neither party has filed that report in this case, nor have they otherwise submitted it to the undersigned for her review. The Court, therefore, will require that **within ten (10) days of entry of this Order** Defendant/Movant either file the Presentence Report under seal or e-mail it to lmproposedtext@nmcourt.fed.us.

    **IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**LOURDES A. MARTÍNEZ**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**