IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff/Respondent,**

v.                                                         No. CV 16-0240 JB/LAM
                                                                    CR 07-0788 JB

**PHILLIP ANGEL GARCIA,**

      **Defendant/Movant.**

## ORDER SETTING DEADLINE

**THIS MATTER** is before the Court upon consideration of the *Memorandum Opinion and Order (Doc. 23)*, entered on September 28, 2016 by United States District Judge James O. Browning, the presiding judge in this case. Judge Browning ordered the Government to answer questions regarding the Government's position on issues presented in this case and in the case of *United States v. Barela*, No. CR 15-3550 JB. *See* [*Doc. 23* at 4-6]. Judge Browning also requested the undersigned to enter another proposed findings and recommended disposition which "ignores the [Government's] concessions [as to Defendant/Movant's claims] and analyzes all issues [raised by Defendant/Movant] independently." *Id.* at 4. Because it would be helpful for the undersigned to consider the Government's responses to the presiding judge's questions, and having consulted with the presiding judge, the Court hereby orders the Government to file its answers to the questions posed in Document 23 **no later than Wednesday, October 19, 2016**.

**IT IS THEREFORE ORDERED** that the Government shall file its answers to the questions posed in Document 23 **no later than Wednesday, October 19, 2016**.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**